1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TRACY PITTS, as Guardian Ad Litem for        Case No.  1:24-cv-01271-JLT-HBK
     MARY PITTS,
12                                                 ORDER STRIKING THIRD-PARTY
                        Plaintiff,                 DEFENDANT'S MOTION TO DISMISS
13
          v.                                       ORDER GRANTING PLAINTIFF'S MOTION
14                                                 FOR LEAVE TO FILE AMENDED
     QUEST DIAGNOSTIC CLINICAL                     COMPLAINT
15   LABORATORIES, INC.,

16
                        Defendant,
17
     UNILAB CORPORATION d/b/a QUEST
18   DIAGNOSTICS,

19                      Third-Party Plaintiff
          v.
20
     T.A.M. PROP. LLC,
21
                        Third Party Defendant,
22

23          On February 5, 2025, Plaintiff Tracy Pitts, as Guardian Ad Litem for Mary Pitts, filed a

24   Motion for Leave to File Amended Complaint, accompanied by an unsigned First Amended

25   Complaint.  (Docs. No. 25, 25-1).  Plaintiff seeks to amend the Complaint to correctly name

26   Defendant Unilab Corporation d/b/a Quest Diagnostics ("Quest") and to add Third Party

27   Defendant T.A.M. Prop. LLC ("T.A.M.") as a defendant.  (*See* Doc. No. 25 at 6).  Quest did not

28   file an opposition and the deadline to do so has passed.  (*See* Local Rule 230(c)).  After the

1    deadline expired but while Plaintiff's motion remained pending, T.A.M. moved "to dismiss the
2    prayer for punitive damages in the First Amended Complaint."  (Doc. No. 26).

3         Importantly, because over twenty-one days passed between the filing of Quest's answer
4    (Doc. No. 8) and Plaintiff's motion, Plaintiff is not entitled to amend as a matter of course.  *See*
5    Fed. R. Civ. P. 15(a)(1).  Rather, as Plaintiff recognizes based on the filing of her motion, the
6    Court must grant Plaintiff leave to file the First Amended Complaint.  Fed. R. Civ. P. 15(a)(2).
7    Thus, at the time T.A.M. filed its motion to dismiss, the First Amended Complaint had not been
8    filed and the motion to dismiss is premature.  Accordingly, the Clerk of Court is directed to strike
9    the premature filing.

10        Federal Rule of Civil Procedure 15(a)(2) provides that a court "should freely give leave
11   when justice so requires."  Courts "consider four factors when reviewing a decision whether to
12   permit an amendment: (1) bad faith on the part of the plaintiffs; (2) undue delay; (3) prejudice to
13   the opposing party; and (4) futility of the proposed amendment."  *Lockheed Martin Corp. v.*
14   *Network Sols., Inc.*, 194 F.3d 980, 986 (9th Cir. 1999).  Of these factors, prejudice to the
15   opposing party carries the greatest weight and, in the absence of prejudice or any of the remaining
16   factors, "there exists a *presumption* under Rule 15(a) in favor of granting leave to amend."
17   *Eminence Cap., LLC v. Aspen, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003).

18        Here, in the absence of any opposition, the Court concludes all factors weigh in favor of
19   allowing amendment.  There is no indication Plaintiff acted with bad faith; Plaintiff moved to
20   amend within three months of learning Quest was improperly named and that claims may exist
21   against T.A.M.; and it is early in the litigation such that neither Quest nor T.A.M. will be
22   prejudiced by simply having to defend against Plaintiff's claims.

23        Accordingly, it is **ORDERED**:

24        (1) The Clerk of Court shall strike T.A.M.'s premature Motion to Dismiss[1] (Doc. No. 26);
25             and

26        (2) Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. 25) is

27             **GRANTED**.  Within three (3) days of this Order, Plaintiff shall file a signed copy of

28   _____
[1] T.A.M. may renew its motion once the First Amended Complaint is filed.

1        the proposed First Amended Complaint.[2]

2

3   Dated:    February 28, 2025                    *Helena M. Barch-Kuchta*
                                                   HELENA M. BARCH-KUCHTA
4                                                  UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
   _____
28  [2] Because the proposed First Amended Complaint is unsigned, the Clerk cannot be directed to file the
    proposed First Amended Complaint as the operative pleading.

                                                3