UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY PITTS, as Guardian Ad Litem for MARY PITTS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>QUEST DIAGNOSTIC CLINICAL LABORATORIES, INC.,<br><br>　　　　　　Defendant,<br><br>UNILAB CORPORATION d/b/a QUEST DIAGNOSTICS,<br><br>　　　　　　Third-Party Plaintiff<br>　　v.<br><br>T.A.M. PROP. LLC,<br><br>　　　　　　Third Party Defendant, | Case No. 1:24-cv-01271-JLT-HBK<br><br>ORDER GRANTING JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING DEADLINES<br><br>(Doc. No. 42 ) |

　　On August 14, 2025, the Court held a mid-discovery status conference. (Doc. No. 43). The Parties jointly moved to extend certain deadlines in the January 17, 2025 Case Management and Scheduling Order. (Doc. No. 42). Specifically, the Parties seek to extend the non-expert discovery deadline to complete depositions and to extend the corresponding expert discovery deadlines. The Court finds good cause to grant an extension to these deadlines in the Case Management Scheduling Order. Fed. R. Civ. P. 16(b)(4).

Accordingly, it is **ORDERED:**

1. The Parties' Joint Motion to Modify the Case Management Scheduling Order Deadlines (Doc. No. 42) is GRANTED to the extent set forth herein.

2. The following extended deadlines shall govern the non-expert and expert discovery of this action.

| Action or Event | Date |
| --- | --- |
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 10/31/2025 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 12/01/2025 |
| Deadline for defendants to disclose expert report(s). | 12/01/2025 |
| Deadline for disclosing any expert rebuttal report(s). | 01/05/2026 |
| Deadline for Expert discovery. | 03/01/2026 |

3. The remaining deadlines and procedures set forth in the January 17, 2025 Case Management and Scheduling Order (Doc. No. 19) otherwise will continue to govern this action.

Dated:    August 14, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2