UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY PITTS, as Guardian Ad Litem for MARY PITTS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNILAB CORPORATION d/b/a QUEST DIAGNOSTICS. and T.A.M. PROP. INC.,<br><br>        Defendants,<br><br>UNILAB CORPORATION d/b/a QUEST DIAGNOSTICS,<br><br>        Third-Party Plaintiff<br>    v.<br><br>T.A.M. PROP. LLC,<br><br>        Third Party Defendant, | Case No. 1:24-cv-01271-JLT-HBK<br><br>ORDER GRANTING CONSTRUED MOTION TO AMEND FIRST AMENDED COMPLAINT TO DISMISS CLAIM FOR PUNITIVE DAMAGES AND WITHDRAWAL OF MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>(Doc. Nos. 45, 47, 48) |

    On August 19, 2025, Defendant Unilab Corporation d/b/a Quest Diagnostics ("Quest") filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) as to Plaintiff's prayer for punitive damages in the First Amended Complaint ("FAC"). (Doc. No. 45). In response, Plaintiff filed a stipulation agreeing to dismiss "her allegations regarding the claim and prayer for punitive and exemplary damages, against Defendant Quest Diagnostics, in the Complaint with prejudice." (Doc. No. 47). Specifically, Plaintiff withdraws from her First

Amended Complaint[1] the words "punitive damages" from paragraph 37, and her request for "punitive and exemplary damages" from her Prayer for Relief, at page 8, line 2, paragraph 4; and line 9, paragraph 4. As a result of Plaintiff's agreement to withdraw her claim and prayer for relief for punitive damages, Defendant Quest requests to remove its motion for judgment on the pleadings from the Court's calendar. (Doc. No. 48).

The Court construes Plaintiff's stipulation to dismiss her claim and prayer for punitive and exemplary damages as to Defendant Quest as a motion to amend her First Amended Complaint under Federal Rule of Civil Procedure 15(a)(2). *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 687 (9th Cir. 2005) (Rule 15(a) "is appropriate mechanism" when party is eliminating an issue or one or more claims but not completely dismissing a defendant). Finding no opposition from Defendant and no factors to deny the requested relief, *see e.g., C.F. v. Capistrano Unified School District*, 654 F.3d 975, 985 (9th Cir. 2011) (policy to amend should be applied with "extreme liberality"), the Court will grant the Motion.

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's construed motion to amend (Doc. No. 47) is GRANTED.
2. Plaintiff's claim and prayer for punitive and exemplary damages against Defendant Quest Diagnostics in the First Amended Complaint (Doc. No. 28) are WITHDRAWN.
3. Defendant Quest Diagnostics' request to withdraw its motion for judgment on the pleadings as to Plaintiff's prayer for punitive damages in the First Amended Complaint (Doc. No. 48) is GRANTED and Defendant Quest's motion (Doc. No. 45) is WITHDRAWN.

Dated:   September 4, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff incorrectly cites to the respective paragraph of her Complaint instead of to her First Amended Complaint. The Court has substituted the correct citations.