UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY PITTS as Guardian Ad Litem for MARY PITTS,<br><br>            Plaintiffs,<br><br>     vs.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.<br><br>            Defendant | Case No. 1:24-cv-01271-JLT-HBK<br><br>ORDER RE STIPULATION FOR MEDICAL EXAMINATION OF PLAINTIFF MARY PITTS<br><br>(Doc. No. 50). |
| UNILAB CORPORATION d.b.a. QUEST DIAGNOSTICS,<br><br>            Third-Party Plaintiff,<br><br>     vs.<br><br>T.A.M. PROP, LLC,<br><br>            Third-Party Defendant. | |

**ORDER**

Having reviewed the parties' Stipulation for Medical Examination of Plaintiff Mary Pitts (Doc. No. 50), the Court finds the stipulation complies with the requirements set out in Federal Rule of Civil Procedure 35.  Accordingly, pursuant to the stipulation and for good cause shown, the Stipulation for Medical Examination of Plaintiff Mary Pitts (Doc. No. 50), which the Court incorporates in this Order as if fully set forth herein, is accepted, adopted, and made the Order of the Court.

Dated:    September 12, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE