**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DEVERA L. PETAK, SB# 92991
  E-Mail: Devera.Petak@lewisbrisbois.com
ROBERT J. SCOTT, SB# 151775
  E-Mail: Robert.Scott@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile: 925.478.3260

Attorneys for Defendant and Third-Party
Plaintiff UNILAB CORPORATION
d.b.a. QUEST DIAGNOSTICS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY PITTS as Guardian Ad Litem for MARY PITTS,<br><br>                   Plaintiffs,<br><br>          vs.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.<br><br>                   Defendant | Case No. 1:24-cv-01271-JLT-HBK<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE HEARING AND RELATED DEADLINES DEFENDANTS' DAUBERT MOTIONS REGARDING PLAINTIFF'S EXPERTS**<br><br>Complaint:    October 17, 2024<br>Trial:          November 3, 2026 |
| UNILAB CORPORATION d.b.a. QUEST DIAGNOSTICS,<br><br>                   Third-Party Plaintiff,<br><br>          vs.<br><br>T.A.M. PROP, LLC,<br><br>                   Third-Party Defendant. | |

IT IS HEREBY STIPULATED by and among the parties, through their respective attorneys of record, that, upon the request of counsel, the hearing on Defendants Quest Diagnostics and TAM Prop., LLC, currently scheduled for April 3, 2026, and April 10, 2026 at 9:00 a.m. be continued to April 24, 2026, at the hour of 9:00 a.m.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

IT IS FURTHER STIPULATED, that Defendants will refile the motions as of March 18, 2026 with the court.

IT IS FURTHER STIPULATED, that Plaintiff's opposition will be filed to all motions by April 10, 2026,

IT IS FURTHER STIPULATED , the Defendants' reply will be filed no later than April 17 , 2026.

DATED:  March ___, 2026          LAW OFFICE OF JEREMY M. DOBBINS PC


By:  _____
        JEREMY M. DOBBINS
        Attorney for Plaintiffs,
        MARY PITTS by and through her Guardian
        Ad Litem, Tracy Pitts


DATED:  March ___, 2026          LEWIS BRISBOIS BISGAARD & SMITH LLP


By:  _____
        DEVERA L. PETAK
        ROBERT J. SCOTT
        Attorneys for Defendant and Third-Party
        Plaintiff UNILAB CORPORATION d.b.a.
        QUEST DIAGNOSTICS

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING AND RELATED DEADLINES DEFENDANTS' DAUBERT MOTIONS REGARDING PLAINTIFF'S EXPERTS

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DATED: March ___, 2026          WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: _____

MONICA CASTILLO
Attorney for Third Party Defendat,
TAM Prop. LLC

## [PROPOSED] ORDER

The Court has received and reviewed the parties' Stipulation for Order to Continue the hearing on Defendants Quest Diagnostics and TAM Prop. LLC's Daubert Motions to May 1, 2026. (Doc. 62.) Based on the Stipulation, the Court **ORDERS**:

1. Given that the Stipulation indicates Defendants will refile the motions as of March 18, 2026, the Clerk of Court is directed to terminate the earlier filed motions and notices (Docs. 54, 55, 56, 57, 60).

2. Plaintiff's opposition **SHALL** be filed to all motions by April 10, 2026.

3. Defendants' reply **SHALL** be filed no later than April 17 , 2026.

4. Pursuant to this Court's standing order (Doc. 5-1) **no hearing will be calendared on the motions**, which will be decided on the papers pursuant to Local Rule 230(g), unless the Court separately notifies the parties that it believes a hearing would be helpful or is necessary.

IT IS SO ORDERED.

Dated:  **March 18, 2026**                    _____
                                             UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING AND RELATED DEADLINES DEFENDANTS' DAUBERT MOTIONS REGARDING PLAINTIFF'S EXPERTS

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW